IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CUSTOM TREE CARE, INC., | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-0667-CV-W-ODS |
| ERIC CARTWRIGHT'S CUSTOM TREE CARE LLC, et al., | ) |
| Defendants. | ) |

## ORDER

Following a May 2, 2016 telephone conference, the Court orders as follows:

1. The Court finds that the parties have resolved the disputes related to Eric Defendant Eric Cartwright's ("Cartwright") responses to Plaintiff's Requests for Production Nos. 7, 8, 11, and 17; Defendant Eric Cartwright's Custom Tree Care, LLC's ("ECCTC") responses to Plaintiff's Requests for Production Nos. 5 through 8, 11 through 13, and 17; Cartwright's responses to Plaintiff's Requests for Admission Nos. 7 and 20 through 31; and ECCTC's responses to Plaintiff's Requests for Admission Nos. 7 through 9, 12, 13, 17, 18, and 20 through 31. Defendants represented to the Court that they have provided all documents responsive to Plaintiff's Requests for Production, having withdrawn their objections thereto.

2. The Court directs Defendants to produce financial documents responsive to Plaintiff's requests for said documents within ten business days of this Order. These documents shall be produced pursuant to the Protective Order (Doc. #36). Any expert report or affidavit containing information related to Defendants' financial information shall be filed under seal. The information contained in the expert's report or affidavit shall be designated as "Confidential – Attorneys' Eyes Only" (*see* Doc. #36, ¶ 5) until trial.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: May 2, 2016　　　　　　　　　UNITED STATES DISTRICT COURT